```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
```

UNITED STATES OF AMERICA,    §
                             §
    Plaintiff,               §
                             §
vs.                          §        Civil Action 05-005
                             §
LUIS JAVIER CORONA,          §
                             §
    Defendant.               §

## FINAL JUDGMENT

In accordance with this Court's Order Granting Plaintiff's Motion for Summary Judgment in the above-captioned cause of action, it is adjudged that the United States of America recover from Defendant as to the Note dated April 27, 1987:

1. The balance due as of October 18, 2004 of $49,432.19, plus

2. Prejudgment interest from October 18, 2004 at 9.00% per annum, being $8.36 per day, plus

3. Attorney's fees of $750.00 and all costs of court, plus

4. Post-judgment interest at 3.84% per annum.

SIGNED and ENTERED this 11th day of August, 2005.

_____
                Janis Graham Jack
        United States District Judge